FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

RWC

2021 OCT 26  PM 12: 48

CLERK'S OFFICE
AT BALTIMORE

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

**STEVEN SILVERMAN**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation with Supervised Release**)
(For Offenses Committed On or After November 1, 1987)
Case Number: 1:19-CR-00244-ELH-1
Defendant's Attorney: Jeffrey Dahlberg (AFPD)
Assistant U.S. Attorney: Michael Cunningham

**THE DEFENDANT:**

☒ admitted guilt to violation of <u>Statutory Condition #1</u> of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| #1 – Statutory Condition #1 | The defendant shall not commit any federal, state, or local crime | 6/4/19 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by <u>United States v. Booker</u>, 543 U.S. 220 (2005).

☒ Supervised release is terminated.
☒ Violations #2-5 are dismissed pursuant to motion of the Government.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 26, 2021
Date of Imposition of Judgment

*/s/ Ellen L. Hollander* 10/26/21
Ellen L. Hollander             Date
United States District Judge

Name of Court Reporter: Patricia Mitchell

**DEFENDANT: STEVEN SILVERMAN**  CASE NUMBER: 1:19-CR-00244-ELH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 months, consecutive to any undischarged federal sentence of incarceration the defendant is currently serving.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

   ☐ before 2 p.m. on _____.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY U.S. MARSHAL